

Case No. 4:13-cv-410 Redacted Complaint
Angela Mann
to:
'clerksoffice@ared.uscourts.gov'
07/15/2013 05:05 PM
Hide Details
From: Angela Mann <angela@wagonerlawfirm.com>
To: "'clerksoffice@ared.uscourts.gov'" <clerksoffice@ared.uscourts.gov>,

1 Attachment



13.07.15 Jernigan Complaint Redacted.pdf

Tammy,

This is a redacted complaint with exhibits in the above case. Thanks so much for your help. If you need anything from me this afternoon you can call me on my cell phone at 940-6062.

*angela*

**Angela Mann**



WAGONER LAW FIRM, P.A.

**1320 Brookwood Drive, Suites D&E • Little Rock, AR 72202**
**Office: (501) 663-5225 • Fax: (501) 660-4030**
**Email: Angela@WagonerLawFirm.com**
**Web: www.WagonerLawFirm.com**

**Please read if you are not sure you are the intended recipient of this e-mail:**
This transmission may be: (1) subject to the Attorney-Client Privilege, (2) an attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information. If you have received this in error, please reply immediately and notify the sender (only) at (501) 663-5225 or by return e-mail and delete the message and any attachments. Unauthorized interception of this e-mail is a violation of federal criminal law.