**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RITA and PAM JERNIGAN; BECCA and**        **PLAINTIFFS**
**TARA AUSTIN; and RANDY and GARY**
**EDDY-MCCAIN**

**v.**        **NO. 4:13-CV-410 KGB**

**LARRY CRANE, In His Official Capacity As**        **DEFENDANTS**
**Circuit And County Clerk For Pulaski**
**County, Arkansas; GOVERNOR MIKE**
**BEEBE, In His Official Capacity As**
**Governor And Chief Executive Officer For**
**The State Of Arkansas; and DUSTIN**
**MCDANIEL, In His Official Capacity As**
**Attorney General For The State Of Arkansas**

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

COMES Separate Defendant, Arkansas Attorney General Dustin McDaniel, by and through his Counsel, and for his Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint, states:

1.      On July 15, 2013, Plaintiffs filed the present suit to challenge the constitutionality of Arkansas' marriage laws, specifically Amendment 83 to the Arkansas Constitution and Ark. Code Ann. §§ 9-11-107(b) and 9-11-208.

2.      Plaintiff requests injunctive relief which would prohibit Arkansas from enforcing Amendment 83 and said statutes.

3.      A parallel action challenging the federal constitutionality of Arkansas Amendment 83, Ark. Code Ann. § 9-11-208 and Ark. Code Ann. § 9-11-107(b) was filed prior to the commencement of this action and is presently being litigated in state court.

4.      Separate Defendant's response to Plaintiffs' Complaint in the instant suit is due on or before December 3, 3013.

5.      Undersigned Counsel seeks additional time in which to compare the parties and claims raised in the state and federal suits, so that all relevant issues can be researched and the appropriate defenses identified, raised and fully briefed, making said response due on or before January 6, 2014.

5.      Pursuant to Local Rule 6.2, Undersigned Counsel has contacted Plaintiffs' Counsel regarding the foregoing motion and request for extension of time, and Plaintiffs' Counsel does not oppose said request.

WHEREFORE, Separate Defendant respectfully requests that this Court grant the foregoing Motion and all other just and proper relief to which he may be entitled.

Respectfully submitted,

ATTORNEY GENERAL DUSTIN MCDANIEL, Separate Defendant

By:     /s/ Nga Mahfouz
        Nga Mahfouz      AR Bar No. 96149
        Assistant Attorney General
        323 Center Street, Suite 200
        Little Rock, Arkansas 72201
        Telephone: (501) 682-5311
        Facsimile:  (501) 682-2591
        E-mail:  nga.mahfouz@arkansasag.gov

## CERTIFICATE OF SERVICE

I, Nga Mahfouz, Assistant Attorney General, do hereby certify that on December 2, 2013, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

/s/ Nga Mahfouz
Nga Mahfouz      AR Bar No. 96149