# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| RITA and PAM JERNIGAN; BECCA and TARA AUSTIN; and RANDY and GARY EDDY-MCCAIN | PLAINTIFFS |
| v.   Case No. 4:13-cv-00410 KGB | |
| LARRY CRANE, in his official capacity as Circuit and County Clerk for Pulaski County, Arkansas; GOVERNOR MIKE BEEBE, in his official capacity as Governor and Chief Executive Officer for the State of Arkansas; and DUSTIN MCDANIEL, in his official capacity as Attorney General for the State of Arkansas | DEFENDANTS |

## ORDER

Before the Court is separate defendant Arkansas Attorney General Dustin McDaniel's unopposed motion for extension of time to respond to plaintiffs' complaint (Dkt. No. 9). Attorney General McDaniel notes that a parallel action was filed prior to the commencement of this action and is presently being litigated in state court. Attorney General McDaniel requests until January 6, 2014, to compare the parties and claims raised in the state and federal suits so that all relevant issues can be researched and the appropriate defenses identified, raised, and fully briefed before responding to plaintiffs' complaint. Plaintiffs do not oppose the requested extension. For good cause shown, the motion is granted. Defendant Attorney General McDaniel shall have until January 6, 2014, to file an answer to plaintiffs' complaint.

SO ORDERED this 2nd day of December, 2013.

_____
Kristine G. Baker
United States District Judge