# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RITA and PAM JERNIGAN and BECCA and TARA AUSTIN**　　　　　　　　　　　　**PLAINTIFFS**

**v.**　　　　　　　　**NO. 4:13-CV-410 KGB**

**LARRY CRANE, In His Official Capacity As Circuit And County Clerk For Pulaski County, Arkansas And His Successors In Interest; RICHARD WEISS, In His Official Capacity As Director of the Arkansas Department of Finance and Administration And His Successors in Interest; GEORGE HOPKINS, In His Official Capacity as Executive Director of the Arkansas Teacher Retirement System And His Successors In Interest; and DUSTIN MCDANIEL, In His Official Capacity As Attorney General For The State Of Arkansas and His Successors in Interest**　　　　　　　　　　**DEFENDANTS**

## SEPARATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Come Separate Defendants, Richard Weiss, George Hopkins, and Dustin McDaniel, and their respective Successors in Interest, all in their official capacities, by and through their Counsel, and for their Response to Plaintiffs' Motion for Summary Judgment, state the following:

1. On January 31, 2014, Separate Defendants filed their Motion to Dismiss. [DE 17 and 18].

2. Said motion has not been ruled upon, and Plaintiffs' Motion for Summary Judgment should be denied as premature.

3. Plaintiffs are now moving for summary judgment, claiming that Amendment 83 to the Constitution of Arkansas and Arkansas Act 144 of 1997 violate the Due Process and Equal Protection Clauses to the United States Constitution.

4. Plaintiffs' challenges to Amendment 83 and Act 144 of 1997 fail under binding precedent of the United States Supreme Court and U.S. Court of Appeals for the Eighth Circuit.

5. For the reasons discussed more thoroughly in the supporting brief filed contemporaneously herewith, Plaintiffs' Motion for Summary Judgment should be denied.

**WHEREFORE**, the State prays that Plaintiffs' Motion for Summary Judgment be denied, and for all other just and appropriate relief.

    Respectfully Submitted,

    RICHARD WEISS, In His Official Capacity And His Successors in Interest; GEORGE HOPKINS, In His Official Capacity And His Successors In Interest; and DUSTIN MCDANIEL, In His Official Capacity and His Successors in Interest

By:    /s/ Nga Mahfouz
    Nga Mahfouz    AR Bar No. 96149
    Assistant Attorney General
    323 Center Street, Suite 200
    Little Rock, Arkansas 72201
    Telephone: (501) 682-5311
    Facsimile:  (501) 682-2591
    E-mail:  nga.mahfouz@arkansasag.gov

*Attorney for Director Richard Weiss and Executive Director George Hopkins*

## **CERTIFICATE OF SERVICE**

  I, Nga Mahfouz, Assistant Attorney General, do hereby certify that on July 30, 2014, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

                /s/ Nga Mahfouz
                Nga Mahfouz AR Bar No. 96149