**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RITA and PAM JERNIGAN and BECCA**                                    **PLAINTIFFS**
**and TARA AUSTIN**

**v.**                                    **NO. 4:13-CV-410 KGB**

**LARRY CRANE, In His Official Capacity As**                                    **DEFENDANTS**
**Circuit And County Clerk For Pulaski**
**County, Arkansas And His Successors In**
**Interest; RICHARD WEISS, In His Official**
**Capacity As Director of the Arkansas**
**Department of Finance and Administration**
**And His Successors in Interest; GEORGE**
**HOPKINS, In His Official Capacity as**
**Executive Director of the Arkansas Teacher**
**Retirement System And His Successors In**
**Interest; and DUSTIN MCDANIEL, In His**
**Official Capacity As Attorney General For**
**The State Of Arkansas and His Successors in**
**Interest**

## NOTICE OF APPEAL

Notice is hereby given that Separate Defendants, Richard Weiss, George Hopkins, and

Dustin McDaniel, and their respective Successors in Interest, all in their official capacities, by

and through their Counsel, hereby appeal to the United States Court of Appeals for the Eighth

Circuit from this Court's Opinion and Order of November 25, 2014 (Docket Entry No. 40) by

which the Court granted Plaintiffs' Motion for Summary Judgment, and the Judgment entered

in accordance therewith (Docket Entry No. 41).  This order is appealable pursuant 28 U.S.C. §

1291.

Respectfully Submitted,

RICHARD WEISS, In His Official Capacity
And His Successors in Interest; GEORGE
HOPKINS, In His Official Capacity And
His Successors In Interest; and DUSTIN
MCDANIEL, In His Official Capacity and
His Successors in Interest

By:    /s/ Nga Mahfouz
Nga Mahfouz    AR Bar No. 96149
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 682-5311
Facsimile:  (501) 682-2591
E-mail:  nga.mahfouz@arkansasag.gov

*Attorney for Director Richard Weiss,*
*Executive Director George Hopkins, and*
*Attorney General Dustin McDaniel*

## CERTIFICATE OF SERVICE

I, Nga Mahfouz, Assistant Attorney General, do hereby certify that on December 23, 2014, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system.

/s/ Nga Mahfouz
Nga Mahfouz    AR Bar No. 96149