IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RITA and PAM JERNIGAN and
BECCA and TARA AUSTIN                                                                    PLAINTIFFS

v.                                            Case No. 4:13-cv-00410 KGB

LARRY CRANE, in his official capacity as
Circuit and County Clerk for Pulaski County,
Arkansas, and his successors in interest;
LESLIE RUTLEDGE, in her official capacity
as Attorney General for the State of Arkansas,
and her successors in interest; LARRY WALTHER,
in his official capacity as Director of
the Arkansas Department of Finance and
Administration, and his successors in interest;
and GEORGE HOPKINS, in his official
capacity as Executive Director of the Arkansas
Teacher Retirement System, and his
successors in interest                                                                    DEFENDANTS

## ORDER

The United States Court of Appeals for the Eighth Circuit affirmed this Court's November 25, 2014, Judgment in this action (Dkt. Nos. 68, 69). Plaintiffs filed a motion to lift the stay (Dkt. No. 70). Defendants have not responded to the motion. Accordingly, the Court grants plaintiffs' motion and hereby vacates or lifts the stay of the injunctive relief granted in the Court's November 25, 2014, Opinion and Order and Judgment (*see* Dkt. Nos. 40, 41).

It is so ordered on this 14th day of September, 2015.

_____
Kristine G. Baker
United States District Judge